AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

|  |  |
|---|---|
| HOWARD MICHAEL CAPLAN<br><br>*Plaintiff(s)*<br>v.<br>CARIBBEAN AUTOWORKS, INC., a Florida Profit Corporation, DAMIAN ROSE and CINDY LOU ROSE, Individuals<br><br>*Defendant(s)* | Civil Action No. 22-cv-60201-RKA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
        CARIBBEAN AUTOWORKS, INC.

        REGISTERED AGENT:
        ROSE, DONOHUE
        6610 PEMBROKE RD.
        PEMBROKE PINES, FL 33023

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
        RONALD E. STERN, ESQ.
        THE ADVOCACY LAW FIRM, P.A.
        1250 E. HALLANDALE BEACH BLVD., SUITE 503
        HALLANDALE BEACH, FLORIDA 33009
        ATTORNEY FOR PLAINTIFF, HOWARD MICHAEL CAPLAN

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date:   1/28/2022

Angela E. Noble
Clerk of Court

SUMMONS

s/ Ahlai Israel
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| HOWARD MICHAEL CAPLAN | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 22-cv-60201-RKA |
| CARIBBEAN AUTOWORKS, INC., a Florida Profit Corporation, DAMIAN ROSE and CINDY LOU ROSE, Individuals | ) ) ) ) | |
| *Defendant(s)* | ) ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
DAMIAN ROSE

15450 S ROUNDTABLE RD
DAVIE, FL 33331

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

RONALD E. STERN, ESQ.
THE ADVOCACY LAW FIRM, P.A.
1250 E. HALLANDALE BEACH BLVD., SUITE 503
HALLANDALE BEACH, FLORIDA 33009
ATTORNEY FOR PLAINTIFF, HOWARD MICHAEL CAPLAN

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: 1/28/2022

*s/ Ahlai Israel*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| HOWARD MICHAEL CAPLAN<br><br>*Plaintiff(s)*<br>v.<br>CARIBBEAN AUTOWORKS, INC., a Florida Profit Corporation, DAMIAN ROSE and CINDY LOU ROSE, Individuals<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 22-cv-60201-RKA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    CINDY LOU ROSE

    15450 S ROUNDTABLE RD
    DAVIE, FL 33331

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    RONALD E. STERN, ESQ.
    THE ADVOCACY LAW FIRM, P.A.
    1250 E. HALLANDALE BEACH BLVD., SUITE 503
    HALLANDALE BEACH, FLORIDA 33009
    ATTORNEY FOR PLAINTIFF, HOWARD MICHAEL CAPLAN

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: 1/28/2022

*s/ Ahlai Israel*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court