UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-60201-CIV-ALTMAN/Hunt

**HOWARD MICHAEL CAPLAN**,

    *Plaintiff*,

v.

**CARIBBEAN AUTOWORKS, INC.**,
*et al.*,

    *Defendants.*
_____/

## ORDER

The parties filed a Joint Stipulation of Dismissal With Prejudice [ECF No. 17] pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Being fully advised, the Court hereby **ORDERS** that this action is **DISMISSED with prejudice**. This case shall remain **CLOSED**. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED** as moot. The parties will bear their own attorneys' fees and costs.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 12th day of May 2022.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record